

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Zuri Sana-Kabisa Young

                             **Plaintiff,**

                         V.

See attachment

                            **Defendant.**

**Civil Action No.** 19cv270-MMA(KSC)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court:
1) Denies Plaintiff's Motion to Proceed IFP (Doc. No. 5) as barred by 28 U.S.C. § 1915(g);
2) Dismisses this civil action without prejudice for failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a);
3) Certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3)

Date: 3/4/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19cv270-MMA(KSC)

Defendants
Thomas Moore
(was) Correctional Officer

C/O R. Casas
Correctional Officer, 3rd Watch

J. Duran
Corretional Sergent C-Yard

J. Arellano
Correctional Lieutenant C-Yard

J. Salinas

Capt. P. Bracamonte

Patrick Covello
Warden